UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : |
| vs. | : Case No. 1:18-cv-16047-RBK-KMW |
| CDM ENTERPRISES, LLC, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

**COMES NOW** Plaintiff, DENNIS MAURER, and with consent of Defendant, to inform the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal, and expect those documents to be executed within the next thirty days.

Dated: November 18, 2019

Respectfully submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
160 Cumberland Avenue
Estell Manor, NJ 08319
Tel: (609) 319-5399
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of November, 2019, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy was forwarded to Defendant's counsel via e-mail and fax:

>Thomas G. Smith, Esq.
>The Law Offices of Thomas G. Smith, PC
>2312 New Road, Suite 201
>Northfield, NJ 08225
>thomas@thomasgsmithlaw.com

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr.
