UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : |
| vs. | : |
| CDM ENTERPRISES, LLC, | : Case No. 1:18-cv-16047-RBK-KMW |
| Defendant. | : |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, DENNIS MAURER, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), to give notice that the above-captioned matter is voluntarily dismissed with prejudice.

Respectfully submitted,

Dated: December 2, 2019

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
160 Cumberland Ave.
P.O. Box 279
Estell Manor, NJ 08319
(609) 319-5399
(314) 898-0458 - Fax
js@shadingerlaw.com
*Attorney for Plaintiff, Dennis Maurer*